# Court of Appeals
# of the State of Georgia

ATLANTA,   July 30, 2014

*The Court of Appeals hereby passes the following order:*

**A14E0036.  ZAREM v. SOUTHCOAST PROPERTIES, LLC.**

The Applicant has timely moved for an extension of time to file her application for discretionary appeal. The motion is hereby GRANTED. See OCGA § 5-6-39 (a) (5). The Applicant shall file her application by August 4, 2014.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 07/30/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*